## (May 3, 1960)

■ ADOLPH TAUSIK v. HELEN T. TAUSIK.— Motion granted and the stay contained in the order to show cause, dated April 20, 1960, is continued pending the hearing and determination of the appeal on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 6, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 21, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Estate of DARWIN R. JAMES, JR., Deceased, Respondent, against HOWARD S. TIERNEY et al., Appellants, and HOWARD S. TIERNEY, INC., Judgment-Debtor.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of LOUIS I. KAPLAN, as Commissioner of Investigation of the City of New York, Respondent. JULIUS BLUMENFELD, Appellant.— Order affirmed, without costs. The execution and enforcement of the order appealed from is hereby stayed until 10 days after service of a copy of the order entered herein upon the attorney for the respondent-appellant, with notice of entry thereof. Concur — Breitel, J. P., Rabin and M. M. Frank, JJ.; Valente and Stevens, JJ., dissent and vote to deny in the following memorandum: We dissent and vote to deny motion for order of arrest on the ground that whatever materiality the inquiry would have had if timely made was destroyed by the unexplained lapse of time, and, under all the circumstances, there was reasonable ground to refuse to answer the questions put. [22 Misc 2d 839.]

■ TWIN OAKS EXCAVATING CO., INC., Respondent, v. KOCH CRANE & DERRICK CO., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ WILLIAM GOLD et al., Appellants, v. LESTER J. TOBIN, Respondent, et al., Defendants. LESTER J. TOBIN, Respondent, v. IRVING MANDELL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THOMAS O. MARKEY, Respondent, v. THOMAS J. TIERNAN et al., Individually and as Partners Doing Business under the Name of TIERNAN & TIERNAN, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners Constituting the Law Firm of SNITOW & SNITOW, Appellants, v. NELSON C. DUKES et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners Constituting the Law Firm of SNITOW & SNITOW, Appellants, v. NELSON C. DUKES et al., Respondents.— Appeal from order of April 6, 1960 dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners Constituting the Law Firm of SNITOW & SNITOW, Appellants, v. NELSON C. DUKES et al., Respondents.— Motion to relieve plaintiffs in Action No. 1, of the stay under